339 A.2d 757

**Fred SCHUBACH and Florence Schubach, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE and Charles M. Baile, Director, Division of Standards and Licensing of Department of Public Welfare, Appellees,**

and

**Pine Hill Home, Inc. and Pine Hill Rehabilitation Center, Inc., Intervening Appellees.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1974.

Decided July 7, 1975.

Lawrence A. Ruth, Norristown, for appellant.

Milton O. Moss, Dist. Atty., William T. Nicholas, 1st Asst. Dist. Atty., Stewart J. Greenleaf, Asst. Dist. Atty., Norristown, for appellee.

Before JONES, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

Decree affirmed.   Each side to pay own costs.

EAGEN, J.